[Civ. No. 12549. First Dist., Div. One. Oct. 20, 1943.]

C. G. ALLEN, Appellant, v. CHARLES G. JOHNSON, as State Treasurer, etc., Respondent.

Paul J. Fritz for Appellant.

Robert W. Kenny, Attorney General, H. H. Linney, Assistant Attorney General, and Adrian A. Kragen, Deputy Attorney General, for Respondent.

WARD, J.—This action involves issues identical in law, and similar in fact, to *Service Tank Lines* v. *Johnson, ante,* p. 67 [141 P.2d 965]. The only difference appears to be in dates and the equipment described. The actions were consolidated for trial, and separate appeals filed. Upon the authority of that case, the judgment herein is affirmed.

Peters, P. J., and Dooling, J. pro tem., concurred.

Appellant's petition for a hearing by the Supreme Court was denied December 16, 1943.